IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CHRISTOPHER IMESON,

      Appellant,

v.

KELLY ENRIGHT,

      Appellee.

_____/

Case No.  5D21-2322
LT Case No. 2015-DR-616

Decision filed April 12, 2022

Appeal from the Circuit Court
for St. Johns County,
Christopher S. Ferebee, Judge.

Christopher Imeson, Ponte Vedra
Beach, pro se.

Cindy L. Lasky, of The Lasky Law Firm,
Jacksonville, for Appellee.

PER CURIAM.


      AFFIRMED.




COHEN, HARRIS and TRAVER, JJ., concur.